RECEIVED
SEP - 1 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAY A. KIRT | * | CIVIL ACTION NO. 6:13-CV-00580 |
| VERSUS | * | JUDGE DOHERTY |
| JERONE J. LAFARGUE, ET AL. | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that the defendants' Motion for Summary Judgment [rec. doc.24] is construed as a Motion to Dismiss pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and that the Motion, as construed, is **GRANTED**. Accordingly, this lawsuit is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 1st day of September, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE